ATLANTIC COAST LINE RAILROAD CO. *v.* POPE *et al.*

ALMAND, Justice. The Supreme Court of the United States having reversed the decision and judgment of this court (*Atlantic Coast Line Railroad Co.* v. *Pope,* 209 *Ga.* 187 (71 S. E. 2d, 243, 97 L. ed. 719), it is hereby ordered that the judgment of the Supreme Court of the United States be made the judgment of this court; and in consequence the judgment of the Superior Court of Ben Hill County is affirmed.

*Judgment affirmed. All the Justices concur, except Atkinson, P. J., not participating.*

No. 17843. DECIDED JUNE 9, 1953.

*Jay, Garden & Jay* and *Clayton Jay Jr.,* for plaintiff in error.
*J. C. McDonald, Lewis & Lewis, T. J. Lewis, T. J. Lewis Jr.,* and *Lewis, Cook & Lewis,* contra.